```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02480-JJT
Michael T Fetco                                                 Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini          Page 1 of 2          Date Rcvd: Oct 18, 2018
                              Form ID: ordsmiss       Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db          +Michael T Fetco,    15 High Road,    Mahanoy City, PA 17948-1611
4657329     +Jonathan Lobb, Esq.,    Phelan Hallinan Diamond & Jones,
              1617 JFK Blvd, Ste 1400, 1 Penn Ctr.Pl.,    Philadelphia, PA 19103-1821
4695036     +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    MOORPARK, CA 93021-2602
4675436     +PennyMac Loan Services, LLC,    c/o Aldridge Pite LLP,    Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4657332     +Pennymac Loan Services,    PO Box 514387,    Los Angeles, CA 90051-4387
4657333     +Pennymac Loan Services, LLC,    6101 Condor Dr., Ste 200,    Moorepark, CA 93021-2602
4657334     +Peter Wapner, Esq., PHD&J,    1617 JFK Blvd., Ste 1400,    One Penn Center Plaza,
              Philadelphia, PA 19103-1823
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4657321     +EDI: GMACFS.COM Oct 18 2018 22:48:00     Ally Financial,   PO Box 380901,
              Bloomington, MN 55438-0901
4682283      EDI: GMACFS.COM Oct 18 2018 22:48:00     Ally Financial,   PO Box 130424,
              Roseville, MN 55113-0004
4657322     +EDI: BANKAMER.COM Oct 18 2018 22:48:00     Bank of America,    1800 Tapo Canyon Rd.,
              Simi Valley, CA 93063-6712
4657323     +EDI: CAPITALONE.COM Oct 18 2018 22:48:00     Capital One,   Bankruptcy Dept.,
              6125 Lakeview Rd., Ste 800,    Charlotte, NC 28269-2605
4657324     +EDI: CAPITALONE.COM Oct 18 2018 22:48:00     Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
4657325     +EDI: CHASE.COM Oct 18 2018 22:48:00     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
4657326     +EDI: CITICORP.COM Oct 18 2018 22:48:00     Citibank,   PO Box 6286,
              Sioux Falls, SD 57117-6286
4657327     +E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2018 18:52:09
              Department of Education/NelNet,    121 S. 13th St.,    Lincoln, NE 68508-1904
4657328     +E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2018 18:52:09     Dept. of Ed/Nelnet,
              3015 Parker Rd., Ste 400,    Aurora, CO 80014-2904
4657330     +EDI: MERRICKBANK.COM Oct 18 2018 22:48:00     Merrick Bank,    10705 S. Jordan Gtwy Ste 200,
              South Jordan, UT 84095-3977
4657331     +EDI: MERRICKBANK.COM Oct 18 2018 22:48:00     Merrick Bank,    PO Box 1500,
              Draper, UT 84020-1500
4709546      EDI: RECOVERYCORP.COM Oct 18 2018 22:48:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4659867     +E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2018 18:52:09     U.S. Department of Education,
              C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PennyMac Loan Services, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
```

```
District/off: 0314-5            User: CGambini             Page 2 of 2                Date Rcvd: Oct 18, 2018
                                Form ID: ordsmiss          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Harry B Reese    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
           harry.reese@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Jill Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
           jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          John DiBernardino    on behalf of Debtor 1 Michael T Fetco diberlaw@ptd.net
          Joshua I Goldman    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                 TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Michael T Fetco,<br>aka Michael Thomas Fetco, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:15–bk–02480–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: October 18, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)